UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
JILL A. MANZO, ESQ.
297GSU
bankruptcy@feinsuch.com

| | |
|---|---|
| In Re:<br><br>CHRISTOPHER BRADY<br><br> Debtor(s). | Case No.:  19-11703 MBK<br><br>Adv. No.:<br><br>Chapter:   13<br><br>Hearing Date: May 28, 2019<br><br>Judge:  Honorable Michael B. Kaplan |

**NOTICE OF MOTION FOR ORDER ALLOWING LATE PROOF OF CLAIM**


TO:   TIMOTHY P. NEUMANN, ESQ.
      BROEGE, NEUMANN, FISCHER &
      SHAVER
      25 ABE VOORHEES DRIVE
      MANASQUAN, NJ 08736
      Debtor(s)' Attorney

      ALBERT RUSSO
      CN 4853
      TRENTON, NJ 08650-4853
      Trustee in Bankruptcy

      U.S. TRUSTEE
      US DEPT OF JUSTICE
      OFFICE OF THE US TRUSTEE
      ONE NEWARK CENTER STE 2100
      NEWARK, NJ 07102

CHRISTOPHER BRADY
313 CEDAR AVE
MANASQUAN, NJ 08736-3701
Debtor(s)

PLEASE TAKE NOTICE that on the 28th day of May, 2019 at 9:00am in the forenoon or as soon thereafter as counsel may be heard, the undersigned, attorneys for the secured creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, will move before United States Bankruptcy Judge, Honorable Michael B. Kaplan, 402 East State Street, TRENTON, NJ 08608, for an Order Allowing Late Proof of Claim, with respect to the Debtor(s)' property located at 313 CEDAR AVE, MANASQUAN, NJ 08736.

**STATEMENT OF NON-NECESSITY OF BRIEF**: The Movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

Dated: April 18, 2019

FEIN, SUCH, KAHN & SHEPARD, PC
Attorneys for Secured Creditor,
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION


    /S/ JILL A. MANZO
JILL A. MANZO, ESQ.