UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
JILL A. MANZO, ESQ.
297GSU
bankruptcy@feinsuch.com

| In Re:<br><br>CHRISTOPHER BRADY<br><br> Debtor(s). | Case No.: 19-11703 MBK<br><br>Chapter: 13<br><br>Hearing Date: May 28, 2019<br><br>Judge: Honorable Michael B. Kaplan |

**ORDER ALLOWING LATE PROOF OF CLAIM**

The relief set forth on the following page(s) is hereby ORDERED.

Upon the motion of **FEIN, SUCH, KAHN & SHEPARD, P.C.**
**attorneys for the Secured Creditors, JPMORGAN CHASE BANK,**
**NATIONAL ASSOCIATION**, for Order Allowing Late Proof of Claim and
good cause having been shown, it is hereby

ORDERED, that Secured Creditor's, or its successors or
assignees proof of claim, filed on 04/16/19, as Claim No. 2 on
the Claims Register, is hereby allowed and the Chapter 13 Trustee
is permitted to pay said claim.

It is further ORDERED, that the Debtors retain to right to
file an objection to the proof of claim pursuant to D.N.J. LBR
3007-1.

It is further ORDERED, that the movant shall serve this
order on the Debtors, Debtors' attorney, any trustee and any
other party who entered an appearance on the motion.