DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
JILL A. MANZO, ESQ.
297GSU
bankruptcy@feinsuch.com

| In Re: | Case No.: 19-11703 MBK |
| CHRISTOPHER BRADY | Chapter: 13 |
| Debtor(s). | Adv. No.: |
| | Hearing Date: May 28, 2019 |
| | Judge: Honorable Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.   I, <u>Tina DeLibro</u>                  :

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, PC</u>, who represents the Movant, <u>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION</u> in this matter.

☐ am the _____ in the above case and am representing myself.

2.   On April 24, 2019, This office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

a.   Notice of Motion for Order Allowing Late Proof of Claim with Statement of Brief, Certification, Exhibit(s) and Proposed Order.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TIMOTHY P. NEUMANN BROEGE, NEUMANN, FISCHER & SHAVER 25 ABE VOORHEES DRIVE MANASQUAN, NJ 08736 | Debtor(s)' Attorney | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☒ Other: Notice of Electronic Filing (D.N.J. LBR 5005-1) |
| ALBERT RUSSO STANDING CHAPTER 13 TRUSTEE CN 4853 TRENTON, NJ 08650-4853 | Trustee in Bankruptcy | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☒ Other: Notice of Electronic Filing (D.N.J. LBR 5005-1) |
| U.S. TRUSTEE US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100 NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☒ Other: Notice of Electronic Filing (D.N.J. LBR 5005-1) |
| CHRISTOPHER BRADY 313 CEDAR AVE MANASQUAN, NJ 08736-3701 | Debtor(s) | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other: Notice of Electronic Filing (D.N.J. LBR 5005-1) |

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 24, 2019

/S/ TINA DELIBRO
Tina DeLibro
Legal Assistant