| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Christopher | | Brady |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey (State)

Case number: 19-11703    NJ

**FILED**
JEANNE A. NAUGHTON, CLERK
JUL 1 3 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

### Form 1340 (12/19)

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**1. Claim Information**

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ $7,107.73 |
|---|---|
| Claimant's Name: | Christopher Brady |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 313 Cedar Ave<br>Manasquan, NJ 08736<br><br>Phone number: 347-384-8822<br>Email address: cbrazynj8080@gmail.com |

**2. Applicant Information**

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of New Jersey
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, New Jersey 07102

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 3rd 2023

Signature of Applicant: *[signed]*

Printed Name of Applicant: Christopher Brady

Address: 313 Cedar Ave
Manasquan
NJ 08736

Telephone: 347-384-8822
Email: cbrazynj8080@gmail.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:
Email: